UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kay Floyd,                                        Case No. 04-cv-3100 (MJD/JSM)

      Plaintiff,

v.                                                ORDER

Wyeth, Inc. and
Wyeth Pharmaceuticals, Inc.

      Defendants.

---

In response to the Order dated March 22, 2012 [Doc. No. 9], the parties have notified the Court [Doc. Nos. 10 and 12] that they do not oppose transfer of this case to the District of Oregon, as Plaintiff was a resident of the State of Oregon for the majority of the time she was prescribed and ingested the hormone replacement products at issue.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this case is transferred to the United States District Court for the District of Oregon.

Dated:  June 22, 2012                 s/ Michael J. Davis
                                                Michael J. Davis
                                                Chief Judge
                                                United States District Court